**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
**CENTRAL ISLIP DIVISION**

In re: 3801 Broadway Corp. dba Las Margari    §    Case No. 17-71005-REG
                                             §
                                             §
                                             §
            Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

      Andrew M. Thaler, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

      1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

      2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $0.00 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $10,938.70 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $9,061.30 | | |

      3) Total gross receipts of $20,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $20,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $3,331.09 | $9,061.30 | $9,061.30 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $153,102.70 | $256.52 | $256.52 | $256.52 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $7,276.45 | $101,084.50 | $101,084.50 | $10,682.18 |
| **TOTAL DISBURSEMENTS** | $160,379.15 | $104,672.11 | $110,402.32 | $20,000.00 |

4) This case was originally filed under chapter 7 on 02/06/2017. The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/07/2018        By: /s/ Andrew M. Thaler
                                Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Other Inventory or Supplies | 1129-000 | $20,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$20,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |

UST Form 101-7-TDR ( 10 /1/2010)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - ANDREW M. THALER | 2100-000 | NA | $2,750.00 | $2,750.00 | $2,750.00 |
| Attorney for Trustee Fees - NEW YORK STATE DEPARTMENT OF | 3110-000 | NA | $300.00 | $100.00 | $100.00 |
| Attorney for Trustee Fees - THALER LAW FIRM PLLC | 3110-000 | NA | $0.00 | $4,440.00 | $4,440.00 |
| Accountant for Trustee, Fees - GARY R. LAMPERT | 3310-000 | NA | $0.00 | $1,435.00 | $1,435.00 |
| Accountant for Trustee, Expenses - GARY R. LAMPERT | 3320-000 | NA | $0.00 | $55.21 | $55.21 |
| Bond Payments - BOND | 2300-000 | NA | $6.12 | $6.12 | $6.12 |
| Banking and Technology Service Fee - EmpireNationalBank | 2600-000 | NA | $162.47 | $162.47 | $162.47 |
| Banking and Technology Service Fee - United Bank | 2600-000 | NA | $68.75 | $68.75 | $68.75 |
| Other State or Local Taxes (post-petition) - NYC DEPT OF FINANCE | 2820-000 | NA | -$6.25 | -$6.25 | -$6.25 |
| Other State or Local Taxes (post-petition) - NYC Department of Finance | 2820-000 | NA | $25.00 | $25.00 | $25.00 |
| Other State or Local Taxes (post-petition) - NYS Corporation Tax | 2820-000 | NA | $25.00 | $25.00 | $25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$3,331.09** | **$9,061.30** | **$9,061.30** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**UST Form 101-7-TDR ( 10 /1/2010)**


## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4P | New York State Department of Taxation & Finance Bankruptcy Section | 5800-000 | NA | $6.52 | $6.52 | $6.52 |
| 5-3 | New York State Department of Taxation & Finance Bankruptcy Section | 5800-000 | NA | $250.00 | $250.00 | $250.00 |
| N/F | Marshal City City of New York Martin A.Bienstock | 5600-000 | $126,747.91 | NA | NA | NA |
| N/F | NYC DEPARTMENT OF FINANCE | 5600-000 | $26,354.79 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$153,102.70** | **$256.52** | **$256.52** | **$256.52** |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Southern Glazer's Wine & Spirits | 7100-000 | $2,982.38 | $3,054.42 | $3,054.42 | $322.78 |
| 2 | NYS Dept of Labor State Office Campus | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 3 | Pechman Law Group PLLC | 7100-000 | NA | $97,940.95 | $97,940.95 | $10,349.98 |
| 4U | New York State Department of Taxation & Finance Bankruptcy Section | 7100-000 | NA | $89.13 | $89.13 | $9.42 |
| N/F | ACTION, ENVIRONMENTAL SERVICES | 7100-000 | $1,829.10 | NA | NA | NA |
| N/F | BONIMEX PRODUCE | 7100-000 | $1,148.00 | NA | NA | NA |
| N/F | MONARCH SEEAFOOD, INC | 7100-000 | $955.19 | NA | NA | NA |
| N/F | UNIFIRST CORPORATION | 7100-000 | $334.80 | NA | NA | NA |
| N/F | WARE WASHING SOLUTIONS, INC | 7100-000 | $26.98 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$7,276.45** | **$101,084.50** | **$101,084.50** | **$10,682.18** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Exhibit 8
Page: 1

**Case No.:** 17-71005-REG  
**Case Name:** 3801 Broadway Corp. dba Las Margari  

**Trustee Name:** (522000) Andrew M. Thaler  
**Date Filed (f) or Converted (c):** 02/06/2017 (f)  
**§ 341(a) Meeting Date:** 03/29/2017  

**For Period Ending:** 06/07/2018  
**Claims Bar Date:** 09/07/2017  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 2 | All cash or cash equivalents owned or controlled by the debtor | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Dishwashing machine Lease | Unknown | 0.00 | | 0.00 | FA |
| 4 | Interest in Insurance policies | Unknown | 0.00 | | 0.00 | FA |
| 22* | Other Inventory or Supplies (See Footnote) | Unknown | 20,000.00 | | 20,000.00 | FA |
| **4** | **Assets Totals (Excluding unknown values)** | **$0.00** | **$20,000.00** | | **$20,000.00** | **$0.00** |

RE PROP# 22    5 Televisions, 38 chairs, 24 tables, 18 bar stools, 3 computers, 16 cameras, 8 burner ranges, 2 salamancas, 5 refrigerators, 2 blenders, 2 margarita machines, 1 ice machine, 1 fryer and 1 grill

**Major Activities Affecting Case Closing:**

TFR to be filed.

**Initial Projected Date Of Final Report (TFR):** 07/31/2018    **Current Projected Date Of Final Report (TFR):** 02/12/2018 (Actual)

Case 8-17-71005-reg    Doc 44    Filed 06/19/18    Entered 06/19/18 17:36:46

# Form 2
# Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| **Case No.:** | 17-71005-REG | **Trustee Name:** | Andrew M. Thaler (522000) |
|---|---|---|---|
| **Case Name:** | 3801 Broadway Corp. dba Las Margari | **Bank Name:** | EmpireNationalBank |
| **Taxpayer ID #:** | **-***4899 | **Account #:** | ******7775 Checking |
| **For Period Ending:** | 06/07/2018 | **Blanket Bond (per case limit):** | $44,643,604.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/15/17 | {22} | Miguel Vidal | Assets of 3801 Broadway Assets listed on Schedule A/B - 5 televisions, 38 chairs, and 5 refrigerators, etc. | 1129-000 | 20,000.00 | | 20,000.00 |
| 06/01/17 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 16.30 | 19,983.70 |
| 07/03/17 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 28.74 | 19,954.96 |
| 08/01/17 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 29.66 | 19,925.30 |
| 09/01/17 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 29.62 | 19,895.68 |
| 10/02/17 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 28.62 | 19,867.06 |
| 10/18/17 | 200 | NYS Corporation Tax | CT-3S Tax Year 2017 Taxes owed | 2820-000 | | 25.00 | 19,842.06 |
| 10/18/17 | 201 | NYC Department of Finance | NYC-200 V 2017 Tax due | 2820-000 | | 25.00 | 19,817.06 |
| 11/01/17 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 29.53 | 19,787.53 |
| 11/20/17 | | UNITED BANK | WIRE TRANSFER TO FUND NEW BANK ACCOUNT | 9999-000 | | 19,787.53 | 0.00 |
| | | **COLUMN TOTALS** | | | **20,000.00** | **20,000.00** | **$0.00** |
| | | Less: Bank Transfers/CDs | | | 0.00 | **19,787.53** | |
| | | **Subtotal** | | | **20,000.00** | **212.47** | |
| | | Less: Payments to Debtors | | | | **0.00** | |
| | | **NET Receipts / Disbursements** | | | **$20,000.00** | **$212.47** | |

*{ } Asset Reference(s)*   **UST Form 101-7-TDR ( 10 /1/2010)**   *! - transaction has not been cleared*

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 2

| **Case No.:** | 17-71005-REG | **Trustee Name:** | Andrew M. Thaler (522000) |
|---|---|---|---|
| **Case Name:** | 3801 Broadway Corp. dba Las Margari | **Bank Name:** | United Bank |
| **Taxpayer ID #:** | **-***4899 | **Account #:** | ********2368 Checking Account |
| **For Period Ending:** | 06/07/2018 | **Blanket Bond (per case limit):** | $44,643,604.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/20/17 | | EMPIRE NATIONAL BANK | WIRE FROM FORMER BANK | 9999-000 | 19,787.53 | | 19,787.53 |
| 11/22/17 | | NYC DEPT OF FINANCE | Refund of tax Overpayment | 2820-000 | | -6.25 | 19,793.78 |
| 11/30/17 | | United Bank | Bank and Technology Services Fees | 2600-000 | | 10.00 | 19,783.78 |
| 12/28/17 | 101 | International Sureties, LTD | Bond #016027942 | 2300-000 | | 6.12 | 19,777.66 |
| 12/29/17 | | United Bank | Bank and Technology Services Fees | 2600-000 | | 27.50 | 19,750.16 |
| 01/31/18 | | United Bank | Bank and Technology Services Fees | 2600-000 | | 31.25 | 19,718.91 |
| 04/13/18 | 102 | ANDREW M. THALER | Distribution payment - Dividend paid at 100.00% of $2,750.00; Claim # FEE; Filed: $2,750.00 | 2100-000 | | 2,750.00 | 16,968.91 |
| 04/13/18 | 103 | GARY R. LAMPERT | Distribution payment - Dividend paid at 100.00% of $1,435.00; Claim # ; Filed: $0.00 | 3310-000 | | 1,435.00 | 15,533.91 |
| 04/13/18 | 104 | GARY R. LAMPERT | Distribution payment - Dividend paid at 100.00% of $55.21; Claim # ; Filed: $0.00 | 3320-000 | | 55.21 | 15,478.70 |
| 04/13/18 | 105 | THALER LAW FIRM PLLC | Distribution payment - Dividend paid at 100.00% of $4,440.00; Claim # ; Filed: $0.00 | 3110-000 | | 4,440.00 | 11,038.70 |
| 04/13/18 | 106 | NEW YORK STATE DEPARTMENT OF | Distribution payment - Dividend paid at 100.00% of $100.00; Claim # ; Filed: $100.00 | 3110-000 | | 100.00 | 10,938.70 |
| 04/13/18 | 107 | New York State Department of Taxation & Finance Bankruptcy Section | Distribution payment - Dividend paid at 100.00% of $6.52; Claim # 4P; Filed: $6.52 | 5800-000 | | 6.52 | 10,932.18 |
| 04/13/18 | 108 | New York State Department of Taxation & Finance Bankruptcy Section | Distribution payment - Dividend paid at 100.00% of $250.00; Claim # 5-3; Filed: $250.00 | 5800-000 | | 250.00 | 10,682.18 |
| 04/13/18 | 109 | Southern Glazer's Wine & Spirits | Distribution payment - Dividend paid at 10.57% of $3,054.42; Claim # 1; Filed: $3,054.42 | 7100-000 | | 322.78 | 10,359.40 |
| 04/13/18 | 110 | Pechman Law Group PLLC | Distribution payment - Dividend paid at 10.57% of $97,940.95; Claim # 3; Filed: $97,940.95 | 7100-000 | | 10,349.98 | 9.42 |
| 04/13/18 | 111 | New York State Department of Taxation & Finance Bankruptcy Section | Distribution payment - Dividend paid at 10.57% of $89.13; Claim # 4U; Filed: $89.13 | 7100-000 | | 9.42 | 0.00 |
| | | **COLUMN TOTALS** | | | **19,787.53** | **19,787.53** | **$0.00** |
| | | Less: Bank Transfers/CDs | | | 19,787.53 | 0.00 | |
| | | **Subtotal** | | | 0.00 | 19,787.53 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$0.00** | **$19,787.53** | |

*{ } Asset Reference(s)*   **UST Form 101-7-TDR ( 10 /1/2010)**   *! - transaction has not been cleared*

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 3

| | | | |
|---|---|---|---|
| **Case No.:** | 17-71005-REG | **Trustee Name:** | Andrew M. Thaler (522000) |
| **Case Name:** | 3801 Broadway Corp. dba Las Margari | **Bank Name:** | United Bank |
| **Taxpayer ID #:** | **-***4899 | **Account #:** | ********2368 Checking Account |
| **For Period Ending:** | 06/07/2018 | **Blanket Bond (per case limit):** | $44,643,604.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $20,000.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $20,000.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******7775 Checking | $20,000.00 | $212.47 | $0.00 |
| ********2368 Checking Account | $0.00 | $19,787.53 | $0.00 |
| | **$20,000.00** | **$20,000.00** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)